IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**FREMEKIA MASON**                                                                               **PLAINTIFF**

V.                                            2:20CV00034 JM

**DOLGENCORP, LLC, aka**
**DOLLAR GENERAL STORE #4392**                                          **DEFENDANT**

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal filed by the Plaintiff, this action is dismissed with prejudice.

IT IS THEREFORE ORDERED that this action is dismissed. The Clerk is directed to close the case. The trial scheduled for January 10, 2022 is canceled.

Dated this 16th day of December, 2021.

_____
James M. Moody Jr.
United States District Judge